JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERNESTINA ANTIMO, | No. 2:24-cv-06986-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: April 21, 2025

_____
JOHN D. EARLY
United States Magistrate Judge